```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURRAY,

                      Plaintiff,

      - against -

JOHN DOE, et al.,

                      Defendants.

ORDER

06 Civ. 0205 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on July 10, 2009,

### IT IS HEREBY ORDERED THAT

(1) the Parties **SHALL** complete all discovery in this case by **September 8, 2009**;

(2) Defendants **SHALL** file any dispositive motions by **September 1, 2009**; and

(3) the Parties **SHALL** appear for a telephonic conference with the Court on **August 28, 2009, at 2:30 p.m.**

**SO ORDERED this 13th day of July 2009**
New York, New York

*Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge